Thomas M. Martin    KS# 13620
M. Cory Nelson      Kan. Dt. Ct. #78428
1010 Walnut, Suite 500
Kansas City, Missouri 64106
(816) 421-2500 (telephone)
(816) 472-2500 (facsimile)
tmmartin@lewisricekc.com
cnelson@lewisricekc.com

ATTORNEYS FOR DEFENDANT
MIDLAND CREDIT MANAGEMENT, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| **EUNICE BROOKS,** | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 15-cv-00292-MMA-MDD |
| v. | ) |
| | ) (Member Case #3:11-md-02286-MMA-MDD) |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) **JOINT NOTICE OF** |
| | ) **SETTLEMENT AND STIPULATION** |
| Defendant. | ) **OF DISMISSAL OF PLAINTIFF'S** |
| | ) **CLAIM AGAINST DEFENDANT** |

COMES NOW the parties, by and through counsel, and state to the Court as follows:

1. This case originally arose out of the United States District Court for the District of Kansas. The case was captioned *Eunice Brooks v. Midland Credit Management, Inc*. and assigned Case No. 2:15-cv-02225-JWL-KMH.

2. On or about February 12, 2015, a Conditional Transfer Order (CTO-71) was entered electronically transferring the case to the Southern District of California (MDL2286). Since that time, counsel for Eunice Brooks and Kansas counsel for Midland Credit Management, Inc. have resolved the case, and have entered into a settlement agreement. The parties request that the case be dismissed.

3. Plaintiff, Eunice Brooks and Defendant Midland Credit Management, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, agree and stipulate to the Dismissal with

Prejudice of the above captioned proceeding, including all of Plaintiff Eunice Brook's claims against Defendant Midland Credit Management, Inc. The parties further agree to bear their own respective costs and attorneys' fees.

WHEREFORE, the parties would respectfully request this Court to dismiss this case with prejudice, each party to bear their own costs and fees, including reasonable attorneys' fees.

Respectfully submitted this 10th day of July, 2015.

| | |
|---|---|
| /s/ J. Mark Meinhardt<br>J. Mark Meinhardt #20245<br>Meinhardt Law PLLC<br>1 E. Washington Street, Suite 500<br>Phoenix, Arizona 85004<br>Telephone: (913) 827-1950<br>meinhardtlaw@gmail.com<br><br>ATTORNEY FOR PLAINTIFF | By: /s/ Thomas M. Martin<br>Thomas M. Martin   KS# 13620<br>M. Cory Nelson   Kan. Dt. Ct. #78428<br>LEWIS RICE LLC<br>1010 Walnut, Suite 500<br>Kansas City, Missouri 64106<br>(816) 421-2500 (telephone)<br>(816) 472-2500 (facsimile)<br>tmmartin@lewisricekc.com<br>cnelson@lewisricekc.com<br>7015 College Blvd., Suite 135<br>Overland Park, Kansas 66211<br><br>ATTORNEYS FOR DEFENDANT |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to J. Mark Meinhardt, counsel for Plaintiff and that I have obtained his authorization to affix his electronic signature to this document.

    /s/ Thomas M. Martin
Thomas M. Martin    KS# 13620
M. Cory Nelson    Kan. Dt. Ct. #78428
1010 Walnut, Suite 500
Kansas City, Missouri 64106
(816) 421-2500 (telephone)
(816) 472-2500 (facsimile)
tmmartin@lewisricekc.com
cnelson@lewisricekc.com
7015 College Blvd., Suite 135
Overland Park, Kansas 66211
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2015, I presented the foregoing JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIM AGAINST DEFENDANT to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

J. Mark Meinhardt
Meinhardt Law PLLC
1 E. Washington Street, Suite 500
Phoenix, Arizona 85004
Telephone: (913) 827-1950
meinhardtlaw@gmail.com
ATTORNEY FOR PLAINTIFF

    /s/ Thomas M. Martin
Thomas M. Martin    KS# 13620
M. Cory Nelson    Kan. Dt. Ct. #78428
1010 Walnut, Suite 500
Kansas City, Missouri 64106
(816) 421-2500 (telephone)
(816) 472-2500 (facsimile)
tmmartin@lewisricekc.com
cnelson@lewisricekc.com
7015 College Blvd., Suite 135
Overland Park, Kansas 66211

ATTORNEYS FOR DEFENDANT

W:\DOCS\CLIENT\9619\27560\00163929.DOC